UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| OMAR WRIGHT : | Crim. No. 09-865 (WHW) |

This matter having been opened to the Court upon the application of the United States of America (" the United States"), by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing) seeking an Order compelling the New Jersey Department of Corrections ("NJDOC") to provide the Court with a copy of a self-admission form signed on or about November 12, 2004 ("Admission Form") by Defendant Omar Wright, a/k/a Raheem Smith, a/k/a Mike Brown, a/k/a Eben Brown (SBI # 477183C) ("Defendant"), while Defendant was incarcerated at the Albert C. Wagner Youth Correctional Facility in Bordentown, New Jersey, which Admission Form relates to Defendant's alleged affiliation with a New Jersey street gang, along with copies of other documents relating to Defendant's alleged gang affiliation; and the NJDOC having refused a request by the United States for copies of the Admission Form and such other documents; and the NJDOC having requested an Order of this Court before releasing copies of the Admission Form and such other documents; and the Court having found that the Admission Form and such other documents are material to resolving an issue of fact in this matter; and Defendant, through his counsel, having consented to the request by the United States (Peter Carter, Esq., appearing); and for good cause shown,

**IT IS** on this 18 day of January, 2011

**ORDERED** that, the NJDOC shall deliver to the United States (through André M. Espinosa, the Assistant United States Attorney assigned to this matter): (i) a copy of the Admission Form signed on or about November 12, 2004 by Defendant Omar Wright, a/k/a Raheem Smith, a/k/a Mike Brown, a/k/a Eben Brown (SBI # 477183C), while Defendant was incarcerated at the Albert C. Wagner Youth Correctional Facility in Bordentown, New Jersey, which Admission Form relates to Defendant's alleged affiliation with a New Jersey street gang, and; (ii) copies of such other documents as the NJDOC may possess relating to Defendant's alleged gang affiliation; and it is further,

**ORDERED** that the NJDOC shall comply with this Order as soon as is practicable but no later than January 21, 2011.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge