PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Omar Wright                                  Cr.: 09-00865-001
                                                               PACTS #: 56665

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/25/2011
Date of Modification of Conditions:  12/02/2015

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 80 months imprisonment, 3 years supervised release, $100 special assessment
Modification of Conditions: 3 months halfway house placement

Special Conditions: Drug/Alcohol Testing and/or Treatment, Gang Restriction, DNA testing,

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/02/2015

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On December 30, 2015, Wright arrived at the halfway house (Toler House) under the influence of narcotics. Wright submitted a urine specimen which tested positive for oxymorphone, marijuana, and PCP.

U.S. Probation Officer Action:

The halfway house will continue to monitor the offender for drug and alcohol use. The probation office will also increase its frequency of contact with the offender. Our office will immediately notify the Court of any additional instances of noncompliance.

Respectfully submitted,

*Anthony J. Nisi/nm*

By: Anthony J Nisi
    U.S. Probation Officer
Date: 01/09/2016

Prob 12A – page 2
Omar Wright

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other:  Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

_____
Signature of Judicial Officer

13 January 2016
_____
Date